LCI
111 Anza Blvd., Ste 310
Burlingame, CA 94010
650-342-9486

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF VIRGINIA

**NOTICE OF WITHDRAWAL**

In Re: JENNIFER L HALL , Debtor
CASE NO 10-50597

TO: Clerk of the Court

1. A transfer of claim was electronically filed on behalf of SUNTRUST MORTGAGE INC
2. For account #7647 in the amount of $16772.16
3. Docketed by the court on December 16, 2010, claim number 3

You are notified that such transfer of claim is hereby withdrawn, as it was filed in error.

DATED: January 13, 2010


LCI

/s/ Manuel Quiogue